IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>2009 Mitsubishi Galant. VIN# 4A3AB36F29E002809, ID License Plate 1BAE776. Secured at Gallatin County Storage Facility, 620 S. 16th Ave., 59715 | MJ 20-11-BU-KLD<br><br>ORDER |

    The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

    IT IS SO ORDERED.

    DATED this 19th day of June, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1